Case 7:25-cv-10404-KMK-VR Document 28 Filed 11/05/26 Page 1 of 2

SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca
Allison C. Leibowitz
Michael C. Lamendola*
Ian E. Hannon

Irina Feferman*
Michael C. Hayes
Thomas J. Jannace
Alexa L. Keating**
Ian J. Toth
Scott H. Wertheimer

Counsel

Matthew C. Maloney

*Also Admitted NJ
**Also Admitted TX

November 5, 2026

**Via ECF**
District Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Conlon, Patricia v. Costco Wholesale Corporation
Civil Action No.: 7:25-cv-10404-KMK-VR
Our File No.: 537-10677

Dear Honorable Judge Karas:

This office represents defendant Costco Wholesale Corporation ("Costco") in the above-referenced matter. Please allow this letter to serve as the parties' joint request for a temporary stay of all remaining deadlines set forth in the Case Management and Scheduling Order, as modified by Your Honor's Order dated June 30, 2026.

As reflected on the Court's docket, Magistrate Judge Reznik recently granted the parties' request for a settlement conference. (ECF No. 27). Although a date has not yet been scheduled, the parties anticipate that the conference will take place in late December 2026 or early January 2027.

Both sides believe that the upcoming settlement conference before Magistrate Judge Reznik presents a meaningful opportunity to resolve this matter without incurring the additional time and expense associated with completing expert discovery and pursuing dispositive motion practice. Accordingly, the parties respectfully request that all remaining deadlines be temporarily stayed pending the outcome of the conference. If the matter is not resolved, the parties anticipate that the remaining discovery can be completed

Case 7:25-cv-10404-KMK-VR Document 28 Filed 11/05/26 Page 2 of 2



and any necessary dispositive motion practice commenced in relatively short order.

There has been one prior request for an extension of deadlines, which was granted by Your Honor on June 30, 2026. There have been no prior requests for a stay. Plaintiff's counsel joins in this application.

Thank you for Your Honor's consideration of this request.

Granted. The Parties are to provide a status report by 12/31/26.

So Ordered

11/5/26

Very truly yours,

/s/ Michael C. Lamendola
Michael C. Lamendola

MCL:

cc: All counsel of record via ECF